**Order entered July 19, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01391-CR

**ROBERT ARTHUR MOSES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81377-2015**

## ORDER

Before the Court is appellant's July 18, 2017 second motion to extend time to file his brief. We **GRANT** the motion to the extent we **ORDER** his brief due August 25, 2017.


/s/      ADA BROWN
         JUSTICE